# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ARACELI S. LOMELI,<br><br>Defendant. | Case No. 18-cr-4785-AJB<br><br>**JUDGMENT AND ORDER GRANTING MOTION DISMISSING INFORMATION**<br><br>[Dkt. No. 15] |

Upon motion of the United States, and good cause appearing, the Court **GRANTS** the motion [Dkt. No. 15], and **DISMISSES** the Information [Dkt. No. 12] without prejudice.

**IT IS SO ORDERED.**

Dated: December 13, 2018

Hon. Anthony J. Battaglia
United States District Judge